1  FISHER & PHILLIPS LLP
   DAVID B. DORNAK, ESQ.
2  Nevada Bar No. 6274
   ELIZABETH A. HANSON, ESQ.
3  Nevada Bar No. 16249
4  300 S. Fourth Street, Suite 1500
   Las Vegas, Nevada 89101
5  Telephone: (702) 252-3131
   E-Mail Address: ddornak@fisherphillips.com
6  E-Mail Address: ehanson@fisherphillips.com
7  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TARIN DAUPHIN, an Individual; | Case No.: 2:24-cv-01961-GMN-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT, LORIAN HEALTH, WITHOUT PREJUDICE** |
| LORIAN HEALTH, a California corporation; LORIAN HOME SYSTEMS, INC. OF LAS VEGAS, a Nevada corporation | |
| Defendants. | |

Plaintiff TARIN DAUPHIN ("Plaintiff"), by and through her counsel Greenberg Gross LLP, and Defendants, LORIAN HEALTH AND LORIAN HOME SYSTEMS, INC. OF LAS VEGAS ("Lorian"), by and through their counsel, Fisher & Phillips, LLP, hereby submit stipulate and agree as follows:

1. The Parties herein stipulate, agree and otherwise consent to dismiss Defendant Lorian Health from this action without prejudice, with each side to bear their own costs and attorney's fees.

//

//

- 1 -

FP 53206579.1

**FISHER & PHILLIPS LLP**
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 10th day of January, 2025.

| GREENBERG GROSS, LLP | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Michael A. Burnett | /s/ Elizabeth A. Hanson |
| Matthew T. Hale, Esq. | David B. Dornak, Esq. |
| Jemma E. Dunn, Esq. | Elizabeth A. Hanson, Esq. |
| Michael A. Burnette, Esq. | 300 South 4th Street |
| 1980 Festival Plaza Drive | Suite 1500 |
| Suite 730 | Las Vegas, NV 89101 |
| Las Vegas, NV 89135 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE

January 13, 2025
DATED

- 2 -

FP 53206579.1