| | |
|---|---|
| 1 | FISHER & PHILLIPS LLP |
| 2 | DAVID B. DORNAK, ESQ.<br>Nevada Bar No. 6274 |
| 3 | ELIZABETH A. HANSON, ESQ.<br>Nevada Bar No. 16249 |
| 4 | 300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 252-3131 |
| 6 | E-Mail Address: ddornak@fisherphillips.com<br>E-Mail Address: ehanson@fisherphillips.com |
| 7 | *Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TARIN DAUPHIN, an Individual; | ) | Case No.: 2:24-cv-01961-GMN-DJA |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| LORIAN HEALTH, a California corporation; LORIAN HOME SYSTEMS, INC. OF LAS VEGAS, a Nevada corporation, | ) | |
| Defendants. | ) | **(FIRST REQUEST)** |

Plaintiff TARIN DAUPHIN ("Plaintiff"), by and through her counsel Greenberg Gross LLP, and Defendants LORIAN HEALTH and LORIAN HOME SYSTEMS, INC. OF LAS VEGAS ("Lorian"), by and through their counsel Fisher & Phillips, LLP, hereby stipulate and agree that Defendants will have up to and including January 24, 2025, to file their Answer or otherwise respond to Plaintiff's Complaint. Defendants need additional time to gather facts to respond to Plaintiff's Complaint and require additional time to do so.

/ / /

/ / /

/ / /

Further, a Stipulation and Order to Dismiss Defendant Lorian Health from this matter was also filed with the Court on Friday, January 10, 2025. As of this filing, the Stipulation has not yet been approved. Therefore, in an abundance of caution, Defendants' counsel has included Lorian Health as a Defendant in this Stipulation.

Accordingly, this Stipulation is sought in good faith and not for the purpose of delay. This is the first request for an extension of this deadline.

Dated this 14th day of January, 2025.

| GREENBERG GROSS, LLP | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ Michael A. Burnette | /s/ Elizabeth A. Hanson |
| Jemma E. Dunn, Esq. | David B. Dornak, Esq. |
| Michael A. Burnette, Esq. | Elizabeth A. Hanson, Esq. |
| 1980 Festival Plaza Drive | 300 South 4th Street |
| Suite 730 | Suite 1500 |
| Las Vegas, NV 89135 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/15/2025