1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MICHAEL A. BURNETTE
   Nevada Bar No. 16210
4  **GREENBERG GROSS LLP**
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
     *JDunn@GGTrialLaw.com*
7    *MHale@GGTrialLaw.com*
     *MBurnette@GGTrialLaw.com*
8
   Attorneys for Plaintiff
9  Tarin Dauphin

10

11                    **UNITED STATES DISTRICT COURT**

12                           **DISTRICT OF NEVADA**

13

14  TARIN DAUPHIN, an individual,                  Case No.: 2:24-cv-01961-GMN-DJA

15                  Plaintiff,
                                                   **STIPULATION AND ORDER FOR**
16          v.                                     **DISMISSAL WITH PREJUDICE**

17

18  LORIAN HOME SYSTEMS, INC. OF LAS
    VEGAS, a Nevada corporation,
19
20                  Defendant.

21

22

23

24

25

26

27

28

---
-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Tarin Dauphin ("Plaintiff'), by and through her counsel of record, the law firm of Greenberg Gross LLP, and Defendant Lorian Home Systems, Inc. of Las Vegas by and through its counsel of Record, the law firm of Fisher and Phillips LLP pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal of Prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

/s/ Matthew T Hale
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
MICHAEL A. BURNETTE, ESQ.
Nevada Bar No. 16210
  1980 Festival Plaza Drive, Suite 730
  Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ Elizabeth A. Hanson
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
  300 S. Fourth Street, Suite 1500
  Las Vegas, NV 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  June 16, 2025